UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARY KUYKENDALL                                                                                           PLAINTIFF

v.                                       No. 2:21-CV-02064

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                        DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 22) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate recommends that the matter be remanded to the Social Security Administration for further administrative action. Though the parties have fourteen (14) days to file objections to the report and recommendation, neither party disputes that this matter should be remanded. After careful review, the Court finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Commissioner of the Social Security Administration to deny benefits to Plaintiff is REVERSED and this matter is REMANDED for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment will entered be accordingly.

IT IS SO ORDERED this 5th day of January, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE